# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ROBERT GEORGE SAADE, JR. )<br>)<br>)<br>Plaintiff )<br>vs. )<br>)<br>)<br>FIA CARD SERVICES, N.A. )<br>AND KEVIN Z. SHINE, PLLC. )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.:<br>1:12-cv-02955-WSD-AJB |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ROBERT GEORGE SAADE, JR. ("Plaintiff"), and Defendants identified as FIA CARD SERVICES, N.A. and KEVIN Z. SHINE, PLLC, by and through their respective undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate and move the Court to dismiss all claims asserted in this action, against all Defendants with prejudice, each side to bear its own costs and attorneys' fees and costs.

_____/S/_____         _____/S/_____
Ben F. Windham                                              Yasamine J. Christopherson
Georgia Bar No. 770195                                Georgia Bar No. 559769
Email: ben@windhamlaw.com                 Email: yasamine.christopherson
WINDHAM & ASSOCIATES, P.C.         @nelsonmullins.com
239 Village Center Pkwy., Ste 170             Nelson, Mullins, et. al.
Stockbridge, GA 30281                                Atlantic Station / 201 17th St. NW
Telephone: 678.565.8686                            Atlanta, Georgia 30363
Facsimile: 678.565.8949                               Telephone: 404.322.6000
Attorney for Plaintiff                                      Facsimile: 404.322.6050

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: November 21, 2012

_____/S/_____
Ben F. Windham
Georgia Bar No. 770195
Email: ben@windhamlaw.com
WINDHAM & ASSOCIATES, P.C.
239 Village Center Pkwy., Ste 170
Stockbridge, GA 30281
Telephone:  678.565.8686
Facsimile:  678.565.8949
Attorney for Plaintiff

**FONT AND POINT CERTIFICATION**

Under Local Rule 7.1D, Plaintiff's counsel certifies that this Consent Motion to Extend Time to Answer or Otherwise Plead to Defendant's Motion to Dismiss has been prepared using double-spaced Times New Roman at 14 point, unless otherwise permitted by Local Rule 5.1C.

Respectfully submitted this 21st day of November, 2012.

_____/S/_____
Ben F. Windham
Georgia Bar No. 770195
Email: ben@windhamlaw.com
WINDHAM & ASSOCIATES, P.C.
239 Village Center Pkwy., Ste 170
Stockbridge, GA 30281
Telephone:  678.565.8686
Facsimile:  678.565.8949
Attorney for Plaintiff