IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT GEORGE SAADE, JR. ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | CIVIL ACTION FILE NO.: |
| ) | 1:12-cv-02955-WSD-AJB |
| ) | |
| FIA CARD SERVICES, N.A. ) | |
| AND KEVIN Z. SHINE, PLLC. ) | |
| ) | |
| Defendants. ) | |

## ORDER DISMISSING CASE WITH PREJUDICE

This cause comes for consideration on the parties' Joint Stipulation for Dismissal with Prejudice ("Joint Stipulation"). Having reviewed the Joint Stipulation, it is ORDERED that this case is hereby dismissed with prejudice.

DONE and ORDERED November 21, 2012.

_William M Kyple_
The Honorable Alan J. Baverman
United States District Court for the
Northern District of Georgia

Copies furnished to:

CM/ECF Filing Users